```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :
               Plaintiff,            :
                                     :    09 Civ. 0903 (JSR)
          -v-                        :
                                     :
FOREST RESOURCES MANAGEMENT CORP.,   :    ORDER
CHAIM JUSTMAN, WILLIAM J. REILLY,    :
and PINCHUS GOLD,                    :
                                     :
               Defendants.           :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

By motion dated June 9, 2009, attorney James A. Clarkson seeks to be admitted to the Court, nunc pro tunc and pro hac vice, on behalf of the plaintiff. His accompanying letter states that although Mr. Clarkson "inadvertently signed the Complaint in this action as if he had been admitted to practice in the Southern District of New York," in fact he was not admitted. But the letter further represents that he erroneously "believed that he had been admitted to the bar of this Court shortly after his admission to the New York bar in 1969." The Court finds this letter statement too conclusory to resolve this motion. The Court therefore directs Mr. Clarkson to submit to the Court by no later than June 29, 2009 a sworn affidavit establishing, if he can, a good faith basis for his belief that he was a member of this Court when he signed the instant complaint. The Court will, in the interim, reserve decision on the motion.

SO ORDERED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-09

                                                              _____
                                                              JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        June 16, 2009